THE PEOPLE OF THE STATE OF NEW YORK ex rel. KAREEM FAUNTLEROY, Appellant, v DAVID ROCK, as Superintendent of Upstate Correctional Facility, Respondent. [978 NYS2d 916]—

Petitioner was convicted in 1996 of numerous crimes, including four counts of murder in the second degree, and is currently

serving a lengthy prison sentence. The judgment of conviction was affirmed upon direct appeal, and he has repeatedly and unsuccessfully moved to vacate it pursuant to CPL article 440 (*People v Fauntleroy*, 258 AD2d 664 [1999], *lv denied* 93 NY2d 924 [1999]). He challenges the indictment in this habeas corpus proceeding, arguing that he is innocent and that the failure to identify him by name in each of the counts constitutes a jurisdictional defect. Supreme Court denied the petition, prompting this appeal.

Petitioner's argument could have been raised upon direct appeal or in a CPL article 440 motion, rendering habeas corpus relief inappropriate (*see People ex rel. Riley v Bradt*, 91 AD3d 1238, 1238 [2012]; *People ex rel. Franza v Walsh*, 76 AD3d 1160, 1160 [2010], *lv denied* 15 NY3d 716 [2010], *cert denied* 564 US —, 131 S Ct 3038 [2011]). We perceive no reason to depart from traditional orderly procedure under the circumstances of this case and, thus, affirm (*see id.*).

Peters, P.J., Rose, Stein and Egan Jr., JJ., concur. Ordered that the judgment is affirmed, without costs.